UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR09-5458 BHS |
| Plaintiff, ) | |
| v. ) | ORDER TO SEAL DOCUMENT |
| BRIAN LAWRENCE CANTON, ) | |
| Defendant. ) | |

THIS MATTER has come before the undersigned on the motion of the defendant to file the Defendant's Disposition Memorandum and its attachments under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS HEREBY ORDERED that the Defendant's Disposition Memorandum and its attachments (Dkt. 47) be filed under seal. Defense counsel is further ORDERED to file a redacted copy of Defendant's Disposition Memorandum.

DATED this 8th day of June, 2015.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Colin Fieman*
Federal Public Defender
Attorney for Brian Canton

ORDER TO SEAL DOCUMENT
(*United States v. Canton*; CR09-5458 BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710